| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sack, Robert D | US Court of Appeals, 2d Cir. | 03/29/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Circuit Judge (Active) | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address <br><br> 40 Foley Square <br> New York, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer_____ Date_____ |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | William F. Kerby and Robert S. Potter Fund |
| 2. Member, Advisory Board | Media Law Reporter (BNA) |
| 3. Lecturer in Law | Columbia Law School |
| 4. Member, Columbia Board of Visitors | Columbia Law School |
| 5. Federal Judges Association | Member of the Board |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 9/3/98 | Practising Law Institute and Robert D. Sack, publication of 3rd edition of treatise on defamation law; royalty 15% of net receipts |
| 2. 1998 | Gibson, Dunn & Crutcher LLP Retirement Agreement between Gibson Dunn & Crutcher LLP and Robert D. Sack; Terms: $6,000 per month, no increase, decrease or cap |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D | 03/29/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Practising Law Institute Book Royalties | $ 11,410.60 |
| 2. 2005 | Gibson, Dunn & Crutcher LLP Retirement Plan | $ 72,000 |
| 3. 2005 | Lecturer in Law, Columbia Law School | $ 7,500 |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Dewey Ballantine Partnership Distribution |
| 2. 2005 | West Services Inc. |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Davis Wright Tremaine LLP | 5/20-22/2005, Central District of California Annual Conference, Rancho Mirage, CA (Transportation, Lodging, Meals) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D | 03/29/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Citibank Aadvantage | Credit Card | J |
| 2. Citibank Aadvantage | Credit Card | J |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JPMorgan Chase Accounts | A | Interest | L | T | | | | | |
| 2. JPMorgan US Govt Money Market Morgan Shares Accts. | E | Dividend | O | T | buy | 1-14 | N | | |
| 3. Unsecured loan to David W. McClintick | | None | J | T | | | | | |
| 4. Dewey Ballantine Partnership Capital Account | | None | K | T | | | | | |
| 5. GD&C 401(k): Dreyfus Treasury Cash Management-CL A | D | Interest | O | T | | | | | |
| 6. Oppenheimer Advantage Municipal Liquidity Fund | A | Dividend | J | T | | | | | |
| 7. Boeing Co. Common Stock | A | Dividend | K | T | | | | | |
| 8. Blackrock New York Insured Municipal Income Trust III | B | Dividend | K | T | | | | | |
| 9. Van Kampen Trust for Invt. Grade NY Municipals | A | Dividend | J | T | | | | | |
| 10. Oppenheimer NY Municipal Fund Cl A | C | Dividend | L | T | | | | | |
| 11. JPMorgan Chase Traditional IRA | A | Interest | J | T | | | | | |
| 12. Northwestern Mutual Life Insurance Policy | B | Dividend | K | T | | | | | |
| 13. Guardian Life Insurance Policy | A | Dividend | K | T | | | | | |
| 14. Massachusetts Mutual Life Insurance Policy | A | Dividend | J | T | | | | | |
| 15. Morgan Stanley Active Assets Money Trust | B | Dividend | K | T | | | | | |
| 16. Morgan Stanley MTA 5.35 Zero Coupon Bond due 7/1/12 | A | Dividend | K | T | | | | | |
| 17. MS NYS DA SECD Hosp Interfaith Med Bond 5.25 due 2/15/14 | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D | 03/29/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Morgan Stanley LIPA 5.60 Zero Coupon Bond due 6/1/14 | A | Dividend | K | T | | | | | |
| 19. Morgan Stanley Fed Home Ln Mtg Med Tm N 4% 10/15/10 | B | Interest | K | T | | | | | |
| 20. Morgan Stanley Fed Hm Ln Bk 4% 3/24/11 | B | Interest | K | T | | | | | |
| 21. Morgan Stanley FHLB 5.050% due 2/14/13 | A | Interest | K | T | buy | 10/27 | K | | |
| 22. Morgan Stanley FHL Mtg Corp Med Term N 5% due 9/15/15 | A | Interest | K | T | buy | 10/4 | K | | |
| 23. Morgan Stanley Global Dividend Growth Sec A (X) | A | Dividend | J | T | | | | | |
| 24. Morgan Stanley Special Growth Fund B (X) | A | Dividend | J | T | | | | | |
| 25. Morgan Stanley Special Value Fund A (X) | B | Dividend | J | T | | | | | |
| 26. Morgan Stanley Special Growth Fund A (X) | A | Dividend | J | T | | | | | |
| 27. Morgan Stanley Global Advantage Fund B | A | Dividend | J | T | | | | | |
| 28. Morgan Stanley American Opportunities B | A | Dividend | J | T | | | | | |
| 29. Morgan Stanley Franklin NY Tax Free Inc B | B | Dividend | K | T | | | | | |
| 30. Morgan Stanley Oppen. AMT Free NY Municipal Fd B | C | Dividend | L | T | | | | | |
| 31. Fiduciary Holdings ■■■ | C | Dividend | N | T | | | | | |
| 32. -JP Morgan Chase Accounts | | | | | | | | | |
| 33. -Morgan Stanley Active Assets Money Trust (X) | | | | | | | | | 2004 not reportable. |
| 34. -MS Intl Bk for Recon & Dev Zero Coupon Due 2/15/14 ● | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D | 03/29/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -MS Dividend Growth Securities Mutual Fund ● (X) | | | | | | | | | |
| 36. -Morgan Stanley MTA NY Transit Zero Coupon Bond due 7/1/13 | | | | | partial sell | 7/6 | J | B | |
| 37. -Morgan Stanley Global Dividend Growth | | | | | sell | 5/19 | J | | Loss. |
| 38. -Morgan Stanley Special Growth Fund B | | | | | sell | 5/19 | J | | Loss. |
| 39. -Morgan Stanley Special Value Fund B | | | | | sell | 4/5 | J | A | |
| 40. -Morgan Stanley American Opportunities Fund B | | | | | sell | 5/19 | J | | Loss. |
| 41. -Morgan Stanley Franklin NY Tax Free Inc B | | | | | | | | | |
| 42. -Morgan Stanley Oppen. AMT Free NY Municipal Fund B | | | | | partial sell | 10/27 | J | A | |
| 43. -Neuberger Berman Limited Maturity Bond Fund | | | | | | | | | |
| 44. -Neuberger Berman Partners Fund | | | | | | | | | |
| 45. -Neuberger Berman Municipal Security Trust | | | | | | | | | |
| 46. -Phoenix Life Insurance Policy | | | | | | | | | |
| 47. -Dean Witter Utilities Fund | | | | | | | | | |
| 48. -Dean Witter IRA | | | | | | | | | |
| 49. State Street Bank Manhattan Fund | | None | J | T | | | | | |
| 50. Neuberger Berman IRA | E | Dividend | O | T | | | | | |
| 51. -Ameristock | | | | | buy | 5/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D | 03/29/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | sell | 6/28 | L | | |
| 53. -Artisan Mid-Cap | | | | | buy | 11/22 | J | | |
| 54. | | | | | buy | 12/22 | K | | |
| 55. -Artisan Sm Cap | | | | | | | | | |
| 56. -Ariel Appreciation | | | | | partial sell | 5/10 | K | | |
| 57. | | | | | sell | 5/10 | J | | |
| 58. -EV Lg Cap Val A (X) | | | | | buy | 6/28 | J | | |
| 59. | | | | | buy | 6/28 | L | | |
| 60. -Hotchis Wiley Small Cap | | | | | | | | | |
| 61. -Janus Mid Cap Val (X) | | | | | buy | 5/10 | K | | |
| 62. | | | | | buy | 5/10 | K | | |
| 63. | | | | | partial sell | 10/14 | K | | |
| 64. | | | | | partial sell | 12/22 | K | | |
| 65. -Cash Reserves Inv | | | | | buy | 5/10 | J | | |
| 66. | | | | | buy | 10/14 | K | | |
| 67. | | | | | partial sell | 12/22 | K | | |
| 68. -Neuberger High Inc | | | | | buy | 5/10 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D | 03/29/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | buy | 12/22 | J | | |
| 70. -NB Reit Fund | | | | | partial sell | 5/10 | J | | |
| 71. | | | | | sell | 5/10 | K | | |
| 72. -PIMCO Tot Ret Admin | | | | | buy | 5/10 | J | | |
| 73. | | | | | buy | 5/10 | J | | |
| 74. | | | | | partial sell | 10/14 | K | | |
| 75. | | | | | partial sell | 10/14 | K | | |
| 76. | | | | | partial sell | 10/14 | K | | |
| 77. | | | | | sell | 12/22 | J | | |
| 78. -T. Rowe Gwth Stk Adv | | | | | buy | 10/14 | K | | |
| 79. -West Asset Core Plus (X) | | | | | buy | 10/14 | K | | |
| 80. | | | | | buy | 10/14 | K | | |
| 81. | | | | | buy | 12/22 | J | | |
| 82. -Wlm Blr Intl Gro N | | | | | partial sell | 5/10 | J | | |
| 83. | | | | | partial sell | 10/14 | J | | |
| 84. | | | | | buy | 12/15 | J | | |
| 85. | | | | | partial sell | 12/22 | J | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
 (See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
 (See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes   P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000   T =Cash Market
 (See Column C2)   Q =Appraisal   V =Other   S =Assessment
   U =Book Value   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D | 03/29/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. WRH Trust | D | Dividend | P1 | T | | | | | |
| 87. -Citigroup SB General Electric Co | | | | | | | | | 2004 was partial sell. |
| 88. -Citigroup SB Wyeth | | | | | | | | | 2004 was partial sell. |
| 89. -Citigroup SB Blackrock Mun Target Term Tr | | | | | sell | 4/20 | K | | No Gain or Loss. |
| 90. | | | | | sell | 5/18 | K | | No Gain or Loss. |
| 91. -Citigroup SB 1838 Bond Debenture Trading FD | | | | | | | | | |
| 92. -Citigroup SB AGL Resources | | | | | | | | | |
| 93. -Citigroup SB Edison International | | | | | | | | | |
| 94. -Citigroup Allegheny Energy Inc. | | | | | | | | | |
| 95. -Citigroup SB Money Market | | | | | | | | | Part of the trust. |
| 96. Citibank NA Bank Deposit Program (X) | B | Interest | K | T | | | | | |
| 97. Blackrock Mun Target Tr (X) | D | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D | 03/29/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line 23 on this 2005 Report, Morgan Stanley Global Dividend Growth Sec A, experienced a Class Exchange on 4/25; this item was Sec B on the 2004 Report (Line 21).

Line 24 on this 2005 Report, Morgan Stanley Special Growth Fund B, experienced a partial Class Exchange on 4/25; this item is now Special Growth Fund B on Line 24 (Line 22 on the 2004 Report) and Special Growth Fund A on Line 26 (not on 2004 Report).

Line 25 on this 2005 Report, Morgan Stanley Special Value Fund A, experienced a Class Exchange on 4/25; this item was Fund B on the 2004 Report (Line 23 on 2004 Report).

Line 33 on this 2005 Report, Morgan Stanley Active Assets Money Trust (part of Fiduciary Holdings) was not reportable in 2004.

Line 35 on this 2005 Report, MS Dividend Growth Securities Mutual Fund, was not previously reported because it was not part of the Fiduciary arrangement.

Line 59 on the 2004 Report, Federated Stock Trust, was sold in 2004. The amount of the sale transactions that year were less than $1,000 each so they were not reportable. This item, however, was completely sold by the end of 2004 and should not have appeared on the report because it had no value at December 31, 2004. This item has been removed from this 2005 Report.

Line 72 on the 2004 Report, Federated Total Return Bond A, was sold in 2004. The amount of the sale transactions that year were less than $1,000 each so they were not reportable. This item, however, was completely sold by the end of 2004 and should not have appeared on the report because it had no value at December 31, 2004. This item has been removed from this 2005 Report.

Lines 96 and 97 on this 2005 Report, Citibank NA Bank Deposit Program and Blackrock Mun Target Term Tr, were acquired 6/16/04. They were inadvertently omitted from the 2004 report.

A pending claim against Worldcom is currently in litigation (02 Civ. 3288 (DLC)). The worth of that claim cannot be determined at this time.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date _5- 10-06_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544